Honorable Marc Barreca

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Chapter 7
) Bankruptcy No. 11-16976
JAY SINGH SEKHON, d/b/a Jay Sekhon Inc., )
and HARPREET KAUR SEKHON, ) EX PARTE MOTION FOR AN
) AMENDED ORDER OF SALE
Debtor(s). ) **(Amends buyer and sale price only)**
)

COMES NOW the duly appointed trustee, Edmund J. Wood, through counsel, The Rigby Law Firm, and Rory C. Livesey, and moves this court for an Amended Order of Sale of Real Property of the Estate Free and Clear of Liens and Encumbrances.

On February 21, 2012, this court entered an order authorizing the trustee to sell the real property commonly known as 11827 - 56th Avenue S.E., Everett, Washington 98208 to James E. and Irene Weiss for $160,000. This was a short sale subject to approval by the secured creditor. The estate was to receive $15,000 from the sale.

Negotiating a short sale can sometimes be a protracted endeavor. The buyers cited the delay in closing as a basis for rescinding the offer. The agents have located a new buyer willing to pay $205,000. Although the price is higher, the funds to be received by the estate remain the same. Although trustees typically calculate the funds to the estate based on the trustee's statutory fee, sales below $235,000 require a minimum payment of $15,000 to the estate. The new buyer is Shen Ko Investment Group LLC. The trustee is requesting that the court enter an amended order to reflect the new purchaser and the new price.

**EX PARTE MOTION FOR AN
AMENDED ORDER OF SALE**
120320jMot Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 11-16976-MLB    Doc 51    Filed 03/20/12    Ent. 03/20/12 15:54:24    Pg. 1 of 2

1   WHEREFORE, the trustee prays for an order accordingly.

2   DATED this 20th day of March, 2012.

3                                    THE RIGBY LAW FIRM

4
                                     /S/ *Rory C. Livesey*
5                                    _____
                                     Rory C. Livesey, WSBA #17601
6                                    Of Attorneys for Trustee

**EX PARTE MOTION FOR AN**
**AMENDED ORDER OF SALE**
120320jMot Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 11-16976-MLB    Doc 51    Filed 03/20/12    Ent. 03/20/12 15:54:24    Pg. 2 of 2