**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Marc Barreca

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 11-16976 |
| JAY SINGH SEKHON, d/b/a Jay Sekhon Inc., and HARPREET KAUR SEKHON, | **AMENDED** ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES (**Amends buyer and sale price only**) |
| Debtor(s). | |

THIS MATTER having come regularly before the above signed judge of the above-entitled court upon the trustee's motion to sell assets of the estate, it appearing that all interested parties have received notice and no objection to the motion having been filed, or said objection having been incorporated into the terms of this order, now, therefore, it is hereby

ORDERED that, subject to the written approval of secured creditor Bank of America, its servicers, affiliates or successors, the trustee, Edmund J. Wood, is authorized to sell real property of the estate according to those terms set forth below:

Street address of
property to be sold:    11827 - 56th Avenue S.E.
                        Everett, WA 98208

**AMENDED ORDER OF SALE OF REAL PROPERTY**
**OF THE ESTATE FREE AND CLEAR OF**
**LIENS AND ENCUMBRANCES**
120320kOrd   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

| | | |
|---|---|---|
| 1 | Legal description of property to be sold: | Lot 13, Larimer Highlands, a Planned Residential Development, Rec. 200404145126, Snohomish County |
| 2 | Parcel No.: | 01008900001300 |
| 3 | **Sale price:** | **$205,000.00, or such higher price as the parties agree to in order to close the short sale** |
| 4 | Terms of sale: | Cash at Closing |
| 5 | **Purchaser:**<br>**Purchaser's address:** | **Shen Ko Investment Group LLC, and/or assigns**<br>**7705 S.E. 34th Street**<br>**Mercer Island, WA 98040** |
| 6 | Costs of sale: | The estate will pay the real estate agent a commission of 6% of the gross sales price or such lesser amount as the agents shall agree to; and, the estate will pay those costs of sale customarily paid by the Seller in Western Washington. These costs would include, but are not limited to, title insurance, real estate taxes due through the date of sale and one-half of the escrow costs. |
| 7 | Utility Liens | In many cases the existence of a utility lien and/or the amount of the lien is unknown until closing or thereafter. These liens usually, but not always, are equal to the utilities bills incurred over several months. The trustee will pay these liens from the sale proceeds. |
| 8 | Encumbrances & approximate claim amounts: | (1) Bank of America, successor to Countrywide Bank N.A., deed of trust - $358,000; and<br>(2) Bank of America, successor to Countrywide Bank N.A., deed of trust - $46,000. |

FURTHER, IT IS HEREBY ORDERED that said sale will be free and clear of all liens and interests, except real and personal property taxes, said liens and interests to attach to the proceeds of the sale as though those proceeds were the property, said liens and interests to be satisfied from those proceeds. The trustee specifically reserves the right to contest each encumbrance or alleged encumbrance against the subject property. Notwithstanding the foregoing, the trustee may pay the above named secured creditors, in the order of their liens to the extent funds are available.

**AMENDED ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
120320kOrd   Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1    IT IS HEREBY FURTHER ORDERED that the lien of Silverlake/Cross Valley Water
2 District shall be paid at closing pursuant to RCW 57.08.081.

3    IT IS HEREBY FURTHER ORDERED that the buyer's premium/carve out of $15,000 is
4 approved.[1]

5    IT IS HEREBY FURTHER ORDERED that at least one half of the funds received by the
6 estate from the sale shall be distributed to pre-petition creditors.

7    IT IS HEREBY FURTHER ORDERED that the automatic stay under Federal Rule of
8 Bankruptcy Procedure 6004(h) shall not apply to the transaction(s) approved in this order.

9    THE COURT FURTHER FINDS that the purchaser is a good faith purchaser for value.

10                //// END OF ORDER ////

Presented By:

THE RIGBY LAW FIRM

    /S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

The Rigby Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

---

[1] Calculation of the maximum trustee's compensation in this case, pursuant to 11 U.S.C. § 326, may include the applicable percentage amount for monies disbursed as a result of this sale transaction. However, such amount resulting from this transaction shall not exceed one half of the buyer's premium carve out less the amount of any allowed fees incurred by the trustee's attorneys in connection with this sale transaction.

**AMENDED ORDER OF SALE OF REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES**
120320kOrd   Page 3

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826