# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-16976-MLB | | Trustee Name: | Edmund Wood |
|---|---|---|---|---|
| Case Name: | SEKHON, JAY SINGH AND SEKHON, HARPREET KAUR | | Bank Name: | Fortune Bank |
| Primary Taxpayer ID #: | | | Money Market Acct #: | ******5394 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/1/2012 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/31/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/09/2012 | | | Net rent (October) | | * | $313.00 | | $8,580.18 |
| | {15} | | Gross Rent for October 2012 | $700.00 | 1122-000 | | | $8,580.18 |
| | | | Cost of new dishwasher | $(387.00) | 2690-000 | | | $8,580.18 |
| 10/15/2012 | 109 | John Glessner | BK Trustee Services Fees - September 2012 | | 3991-460 | | $105.00 | $8,475.18 |
| 10/31/2012 | | Fidelity National Title Company | Sales Proceeds, 11827 56th Ave SE, Everett | | * | $11,750.00 | | $20,225.18 |
| | {4} | | Sale of 11827 56th Ave SE, Everett, WA | $170,748.91 | 1110-000 | | | $20,225.18 |
| | {4} | | Buyer's Premium | $11,750.00 | 1110-000 | | | $20,225.18 |
| | | | BAC Home Loans Servicing - First Secured Lien | $(156,048.41) | 4110-000 | | | $20,225.18 |
| | | | RE/Max Metro Realty - Commission | $(5,100.00) | 3510-000 | | | $20,225.18 |
| | | | Windermere Real Estate Northwest - Commission | $(5,100.00) | 3510-000 | | | $20,225.18 |
| | | | Fidelity National Title - Title Insurance | $(603.35) | 2500-000 | | | $20,225.18 |
| | | | Fidelity National Title - Closing Fee | $(657.00) | 2500-000 | | | $20,225.18 |
| | | | King County Treasurer - Excise Tax | $(3,240.15) | 2820-000 | | | $20,225.18 |
| 10/31/2012 | (INT) | Fortune Bank | Interest Earned For October | | 1270-000 | $0.35 | | $20,225.53 |
| | | | | | **SUBTOTALS** | $12,063.35 | $105.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 11-16976-MLB |
| Case Name: | SEKHON, JAY SINGH AND SEKHON, HARPREET KAUR |
| Primary Taxpayer ID #: | |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/1/2012 |
| For Period Ending: | 10/31/2012 |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | Fortune Bank |
| Money Market Acct #: | ******5394 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $12,063.35 | $105.00 | $20,225.53 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $12,063.35 | $105.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $12,063.35 | $105.00 | |

**For the period of 10/1/2012 to 10/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $183,199.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $183,199.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $171,240.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $171,240.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2011 to 10/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $192,801.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $192,801.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $172,575.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $172,575.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-16976-MLB | | Trustee Name: | Edmund Wood |
|---|---|---|---|---|
| Case Name: | SEKHON, JAY SINGH AND SEKHON, HARPREET KAUR | | Bank Name: | Fortune Bank |
| Primary Taxpayer ID #: | | | Money Market Acct #: | ******5394 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 10/1/2012 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 10/31/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $12,063.35 | $105.00 | $20,225.53 |

**For the period of 10/1/2012 to 10/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $183,199.26 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $183,199.26 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $171,240.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $171,240.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/10/2011 to 10/31/2012**

| | |
|---|---|
| Total Compensable Receipts: | $192,801.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $192,801.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $172,575.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $172,575.91 |
| Total Internal/Transfer Disbursements: | $0.00 |